**Robert Gonzalez SAENZ, Plaintiff—Appellant,**

v.

**D. REEVES; et al., Defendants—Appellees.**

**No. 11–17751.**

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 5, 2012.

Robert Gonzalez Saenz, Corcoran, CA, pro se.

Leslie R. Wagley, Williams & Associates, Sacramento, CA, for Defendants–Appellees.

Before: SCHROEDER, HAWKINS and GOULD, Circuit Judges.

MEMORANDUM **

Plaintiff Robert Gonzalez Saenz appeals pro se the district court's denial of his request for preliminary injunctive relief against defendant correctional officer D. Reeves. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair,* 537 F.3d 981, 986 (9th Cir.2008); *see Winter v. Natural Resources Defense Council,* 555 U.S. 7, 129 S.Ct. 365, 374, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l,* 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review). We conclude the district court did not abuse its discretion in dismissing the motion for a preliminary injunction for lack of standing, because plaintiff had not alleged any conduct by defendant that warranted injunctive relief. *See Lopez v. Candaele,* 630 F.3d 775, 785 (9th Cir.2010) (requiring plaintiff to allege an injury in fact, causation, and a likelihood that a favorable decision will redress the alleged injury).

**AFFIRMED.**[1]

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Plaintiff's request in his notice of appeal for a certificate of appealability is denied as un-